1  Geri N. Kahn, Cal. Bar #148536
   400 Montgomery Street, Suite 810
2  San Francisco, CA 94104
   Tel. (415) 397-5446
   Fax (707) 361-0350
3  Email: gkahn@pacbell.net

4  Attorney for Saeed Abdo Saeed Sharif

**E-filing**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

CV 08 3105

| | |
|---|---|
| Saeed Abdo Saeed Sharif ) | Civil No. |
| ) | |
| Plaintiff, ) | PETITION FOR HEARING ON |
| ) | NATURALIZATION APPLICATION |
| vs. ) | PURSUANT TO 8 USC SECTION 1447(b) |
| Department of Homeland Security, Michael ) | USCIS Case No.: A41 981 734 |
| Chertoff, Secretary; US Attorney General, ) | |
| Michael B. Mukasey; United States ) | |
| Citizenship and Immigration Services, ) | |
| Jonathan Scharfen, Acting Director; United ) | |
| States Citizenship and Immigration ) | |
| Services, Alfonso Aguilar, Chief; United ) | |
| States Citizenship and Immigration ) | |
| Services, Rosemary Melville, District ) | |
| Director; and Robert Mueller, III, Director ) | |
| of Federal Bureau of Investigation ) | |
| ) | |
| Defendants. ) | |

Plaintiff, by his attorney, complaining of Defendants, alleges as follows:

1. Plaintiff is an individual and resident of the United States who resides in the jurisdiction of this Court. Plaintiff's claim to naturalization arises under 8 United States Code (hereinafter "USC") Section 1421.

///

///

2. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (hereinafter "DHS"). Defendant Michael B. Mukasey is the Attorney General of the United States. Defendant Jonathan Scharfen is the Acting Director of the United States Citizenship and Immigration Services (hereinafter "USCIS"). Defendant Alfonso Aguilar is the Chief of the Office of Citizenship in USCIS. Defendant Rosemary Melville is the District Director of the San Francisco USCIS district office. Defendant Robert S. Mueller, III, is the Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of Homeland Security. All Defendants are sued herein in their official capacities. Defendants are responsible for the grant or denial of naturalization applications filed with the San Francisco district office of USCIS pursuant to 8 USC Sections 1421, 1427, 1446 and 8 Code of Federal Regulations (hereinafter "CFR") Sections 2.1, 103.1(b), 310.2, 316.3.

3. The Court has jurisdiction of this action pursuant to 8 USC Sections 1447(b) and 2201.

4. On February 15, 2004, Plaintiff filed his application for naturalization with USCIS.

5. On or about January 25, 2005, Defendants and their designated agent examined Plaintiff on his application at the Oakland sub office of the San Francisco district of USCIS.

6. At his examination on January 25, 2005, Defendants' agent told Plaintiff that he had passed his examination. He was asked to submit his tax returns and he did so.

7. On September 1, 2006, Plaintiff inquired about the status of his case. CIS responded in a letter dated November 2, 2006 that his case was delayed because not all background checks had been completed.

8. On October 1, 2007, Plaintiff inquired again about the status of his case. CIS responded again in a letter dated October 15, 2007 that his case was delayed because not all background checks had been completed.

9. On November 15, 2007, Plaintiff inquired again about the status of his case. CIS responded in a letter dated November 28, 2007 that his case was still delayed because not all background checks had been completed.

10. Plaintiff understands the necessity of a review, but he was examined more than three years ago and Defendants have made no decision on his application. Defendants have been unable to provide any estimate as to when they will adjudicate his application and they allege that they cannot adjudicate it until the background checks are completed. Plaintiff's application for citizenship was submitted more than four years ago. It is Plaintiff's position that four years is more than a reasonable amount of time in which to adjudicate his case.

11. Plaintiff was convicted in Oakland, California for fighting/noise with offensive words. This is a misdemeanor offense and he was sentenced to two days jail and 24 months of probation. He disclosed his conviction at his interview and it did not make him statutorily ineligible for citizenship. There is no reason that Plaintiff can discern as to why his case has been unduly delayed.

12. Plaintiff has been severely prejudiced by the lack of adjudication in his case. Plaintiff would like the right to vote in the next election and would like the ease of travel available with a U.S. Passport. Finally, he would also appreciate a final decision in his case.

13. The Defendants' failure to make a determination of Plaintiff's application within 120 days after his examination allows Plaintiff to bring the matter to this Court for a hearing pursuant to 8 USC Section 1447(b).

14. Plaintiff desires a judicial determination of his naturalization application and a declaration that he is entitled to be naturalized as a citizen of the United States.

///

WHEREFORE, Plaintiff prays that:

1. The Court will hear Plaintiff's case and render a declaratory judgment that he is entitled to be naturalized;

2. The Court award Plaintiff reasonable attorney's fees under the Equal Access to Justice Act; and

3. The Court grants such further relief as may be just, lawful and equitable to the premises.

Dated this 25th day of June, 2008

*[signature]*
Geri N. Kahn
400 Montgomery Street,
Suite 810
San Francisco, CA 94104


## CERTIFICATION OF INTERESTED ENTITES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 25, 2008

Respectfully submitted,

Geri N. Kahn
Attorney for Plaintiff