IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAEED ABDO SAEED SHARIF,<br><br>          Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>          Defendant.                      / | No. 08-03105 CW<br><br>PROCEDURAL ORDER<br>FOR IMMIGRATION<br>CASE |

   On June 26, 2008, Plaintiff filed a Petition for Hearing on Naturalization Application Pursuant to 8 USC Section 1447(b).

   IT IS HEREBY ORDERED:

   1.   The Defendant shall serve and file an answer within 60 days of receipt of service of the summons and complaint.

   2.   Subject to paragraph 3 below, the Plaintiff may file a motion for summary judgment at any time permitted by the Federal Rules of Civil Procedure and this court's local rules, in which event Defendant may respond as permitted by the Federal Rules of Civil Procedure and this court's local rules.

   3.   If the Plaintiff has not filed a motion for summary judgment within 90 days of filing the complaint, the Defendant shall be the party who shall file a motion for summary judgment, and the Defendant must serve and file that motion within 120 days of service of the complaint.

   4.   Unless a motion pursuant to Federal Rule of Civil Procedure 56(f) is filed, the Plaintiff shall serve and file any

opposition and/or counter-motion within 30 days of service of Defendant's motion.

    5.    Defendant may serve and file a reply and/or opposition within 14 days of service of Plaintiff's opposition or counter-motion.

    6.    If Plaintiff filed a counter-motion, Plaintiff may serve and file a reply within 14 days of service of Defendant's opposition.

    7.    For scheduling purposes, motions shall be noticed in accordance with Civil Local Rule 7-2. If a party wishes to have the court decide the matter on the briefs and without oral argument, a party may make that request pursuant to Civil Local Rules 7-1(b).

    8.    The case management conference, previously set for September 30, 2008, is vacated.

    9.    Plaintiff shall serve copies of this Order at once on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service, Plaintiff shall file a certificate of service with the Clerk of this Court.

7/7/08
Dated

CLAUDIA WILKEN
United States District Judge

2