1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

7 | Attorneys for Defendants

8 |

9 | UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11 |

12 | SAEED ABDO SAEED SHARIF,                    )
                                             )   No. C 08-3105 CW
                  Plaintiff,                 )
13 |                                          )
                  v.                         )
14 |                                          )   **STIPULATION TO DISMISS AND**
Department of Homeland Security, MICHAEL     )   **ORDER**
15 | CHERTOFF, Secretary; U.S. Attorney General, )
MICHAEL B. MUKASEY; United States            )
16 | Citizenship and Immigration Services,       )
JONATHAN SCHARFEN, Acting Director;          )
17 | United States Citizenship and Immigration   )
Services, ALFONSO AGUILAR, Chief; United     )
18 | States Citizenship and Immigration Services, )
ROSEMARY MELVILLE, District Director         )
19 | and ROBERT MUELLER, III, Director of        )
Federal Bureau of Investigation,             )
20 |                                          )
                  Defendants.                )
21 | _____ )

22 |     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 | action without prejudice in light of the fact that the United States Citizenship and Immigration

25 | Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

26 | adjudicate such application within 30 days of the dismissal of this action.

27 | ///

28 | ///

Stipulation to Dismiss
C08-3105 CW                              1

1    Each of the parties shall bear their own costs and fees.

2    Date: July 22, 2008                                Respectfully submitted,

3                                                       JOSEPH P. RUSSONIELLO
                                                        United States Attorney

4

5                                                            /s/
                                                        EDWARD A. OLSEN
6                                                       Assistant United States Attorney
                                                        Attorneys for Defendants

7

8
                                                             /s/
9    Date: July 21, 2008                                GERI KAHN
                                                        Attorney for Plaintiff

10

11                              **ORDER**

12        Pursuant to stipulation, IT IS SO ORDERED.

13
     Date:   7/29/08                        _____
14                                          CLAUDIA WILKEN
                                            United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C08-3105 CW                              2